**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

~~Chris Barrhauct~~
Tomas Shay, Thomas Kurtz
,

Plaintiff(s),

v.

Broom County Sheriffs
Sargent Snyder
Barnhearrt
,

Defendant(s).

**COMPLAINT**
(Pro Se Prisoner)

**Case No.** 9:22-cv-487
(Assigned by Clerk's
Office upon filing)

**Jury Demand**
☑ Yes
☐ No

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore **not** contain: an individual's social security number, taxpayer identification number, or birth date; the name of a person known to be a minor; or a financial account number. A filing may include *only*: the last four digits of a social security number or taxpayer-identification number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. *See* Fed. R. Civ. P. 5.2.

---

## I.    LEGAL BASIS FOR COMPLAINT

This is a civil action seeking relief and/or damages to defend and protect the rights guaranteed by the Constitution and laws of the United States. Indicate below the federal basis for your claims.

   ☒ 42 U.S.C. § 1983 (state, county, or municipal defendants)
   ☒ *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971) (federal defendants)
   ☒ Other (please specify)   lost & stolen a case number \ docket #



U.S. DISTRICT COURT - N.D. OF N.Y.
FILED

MAY 1 1 2022

AT_____ O'CLOCK_____
John M. Domurad, Clerk  Syracuse

## II. PLAINTIFF(S) INFORMATION

Name: _Thomas Kurtz - Tomas Shay_

Prisoner ID #: _1982525 - 557816_

Place of detention: _march new york centrie newyork phyciatric center_

Address: _Po Box 300 march new york, Po Box 216_
_13403 old river road march 13403_

Indicate your confinement status when the alleged wrongdoing occurred:

- ☐ Pretrial detainee
- ☒ Civilly committed detainee
- ☒ Convicted and sentenced state prisoner
- ☐ Convicted and sentenced federal prisoner
- ☐ Immigration detainee

Provide any other names by which you are or have been known and any other identification numbers associated with prior periods of incarceration:

_10B2246 - Thomas kurtz, Tomas Shay_

If there are additional plaintiffs, each person must provide all of the information requested in this section and must sign the complaint; additional sheets of paper may be used and attached to this complaint.

## III. DEFENDANT(S) INFORMATION

Defendant No. 1: _SNYDER_
Name (Last, First)

_collections officer sargent Broom county_
Job Title

_Broom county Jail 991 Vanwinkle @upper front 5_
Work Address

_Binghanton_     _NY_     _138_
City     State     Zip Code

Defendant No. 2: _Barnheart_
Name (Last, First)

_collections officer Broom county_
Job Title

2

451 VanWinkl -upper front Street
**Work Address**

Binghamton         new york
**City**                    **State**              **Zip Code**

Defendant No. 3:    Adams
**Name (Last, First)**

Notary - correctrons offrcer
**Job Title**

451 VanWinkle-upper front st
**Work Address**

Binghamton      N.Y
**City**                    **State**              **Zip Code**

Defendant No. 4:    peat pitcher Sargent Patrole
**Name (Last, First)**

- Pessenbajer
- Pessenstien
Atterney

Broom County Jail
upperfrontstreet
Binghamton newyork

Patrole Sargent
**Job Title**

Broom County Jail upper front Street
**Work Address**

Binghamton      newyork    137
**City**                    **State**              **Zip Code**

If there are additional defendants, the information requested in this section must
be provided for each person; additional sheets of paper may be used and
attached to this complaint.

## IV.    STATEMENT OF FACTS

State briefly and concisely the facts supporting your claims. Describe the
events in the order they happened. Your statement of facts should include the
following:

- The date(s) on which the events occurred
- Where these events took place (identify the facility and, if relevant, the
  specific location in the facility)

- How each defendant was involved in the conduct you are complaining about

If you were physically injured by the alleged misconduct, describe the nature of your injuries and the medical evaluation and treatment you were provided. You need not cite to case law or statutes or provide legal argument in the Statement of Facts. Use additional sheets of paper if necessary.

October 1st-21st 2021  08:00 October 8th 2021

I was assaulted by multiple corrections officers
And harrassed by inmate population from March 18th
2021 untill October  2021. Bronx county intake POD.
Food had ben tampered with fluctuating size and
Girth of Penis while housed at the Bronx county Jail.
Day of assault I was Gang assaulted by three officers
at Elmira correctionle Facility repetitivly in Bull Pen
porch.
And property Stolen from me, with Legal Docket
number from Writ and Lawsuit from 2011 I
have with lawsuit.

- Failure to Protect - 14th
- excessive use of force
- Retaliation for the execising my 1st amendment right.

V.    STATEMENT OF CLAIM(S)

State briefly and concisely the constitutional and/or statutory basis for each claim you seek to assert and identify the defendant(s) against whom each claim is

asserted. Commonly asserted claims include: excessive force; failure to protect; deliberate indifference to medical needs; unconstitutional conditions of confinement; denial of due process in a disciplinary or other proceeding; denial of equal protection; retaliation for the exercise of a First Amendment right; and interference with free exercise of religion. Legal argument and case citations are not required. Use additional sheets of paper if necessary.

### FIRST CLAIM

Failure to Protect

excessive force

Unconstitutional conditions of Confinement.

### SECOND CLAIM

denial of equal Protection

Denial of due Process

### THIRD CLAIM

Interference with right to religion

## VI.    RELIEF REQUESTED

State briefly what relief you are seeking in this case.

Two Million Dollars for Damages Sustained

on Facebook and Radio harassment.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: _____

Plaintiff's signature
(All plaintiffs must sign the complaint)

(revised 10/2/16)

Ockber 1st to 21st 2021

I Under the name of Thomas Kurtz" was assaulted harrassed and fed food that changed the jerth and length of my penis.

I was not only feed food that caused this action to my anatemy I was not alowed to have anything from my women or friends to eat drink read ectcetra.

I was hairassed that caused stress, and from stress caused the actions that where punishments.

Threw a harrasser of the sheriffs workers and causing stress and drugging. If I acted to harrassed I was punished and punished further threw adminnisterd drugs in food.

Threw harrassers of sheriffs while under the influence of drugs that fluctuated length and jurth of my penis I was hairassed and further punished with third party conversations of me. Threw harrassers of sheriffs while hairassed I was tortchered with third party conversations of acusiterys of multiple things threw out my life.

Threw harrassers of sheriffs while under stressed caused by other people And police I was taken from after confronting police of harrasment and farther punished with drugs in my feed And stolen persona information in property that came up missing with my certificit of incorporation numbers and Bank account information.

I was harrassed by harrassers of police and sheriffs with information stolen from my belongings. ~~that~~

I was harrassed by Police and other workers of Sheriffs with forms of communication with there confidenchie informant devision of jail inmates and farther punished threw drugging of food causing the length and gerth of my penis. I was harrassed by police and workers of sheriffs with threts of violence and assault.

I was harrassed by police and workers of sheriffs with threw punishment if I acted on anger from threts from other people and punished farther threw drugging of my food then administered. Causing length and gerth of my penis to fluctuate.

I was harrassed by police and other workers of sheriffs with lies from police and falts alusiterys and punished. I was harrassed by police and other workers of sheriffs threw shampoo laced with druggs causing my skin to loose complection.

I was harrassed by police and other workers of sheriffs threw having words thrown at me.

I was harrassed by police and other workers of sheriffs by a officer kicking me in my mouth causing a broken root of my tooth, for punishment.

I was harrassed by police and other workers of sheriffs threw punching me in my ribs, for punishment.

I was harrassed by police the workers of Police by falts rackusoration's for abandoned property law to Steel my property and Launder information threw there facilitys for punishment.

I was then Punished by drugging of food that fluctuated the Size length and gerth of my penis.

I was then Punished by the facilitys reporting fraud at there insurence companys.

I was harrassed by Police and workers of Police by Police ferging records of certificat of insperoration & report to there insurence company.

I was harrassed by Police and workers threw a name change at the facilitys expence that was reported to there insurence with fraud.

I was harrassed by Police and workers of Police by continued repetitiv questioning by a inmate with a tublet that I had to repew was atterney client privledge in nature as Punishment.

I was harrassed by police and workers of Police by drugging of my food that fluctuated the gerth and langth of my penis.

I was harrassed by Police and workers of Police by drugging of my food that fluctuated the gerth and langth of my penis, was put in a cell with two yetrinls and a Buzzing Ground fault cercit interupter in a light housing of the light. fieldgenic lighting of UV lighting nature in designin tube form. This was in C Block Broom county 2021.

April and may 14th between these months truck was bought in year 2014.

November 14th or 28th 2014 was when elegal search and seashore took place. for elegel issuing of a order of protection in 2014 and lawsuit was filed in courtland county city court for Acusiterys of Braking out a window in 2015 that broke Due processes in 2015. on A


2014 April, may, June, July.
Alpha Auto D.B.A was used at good rich Auction house in new ark viny NY. That forms can proof bourden of proof in court. Subcontracting for conway construction with Alpha Auto.
I also worked at guches lumber in courtland 14845.
lived on singer road Dryden N.Y 13826
Custom Account was used at Depot way trailer park.


2015 And I was acused again for braking out a window in a car while I sued for in court of claims held in 2016 case was thrown out under due processes and court of claims was held.


2013 march 30th 2013
141 Depot way Jim Reys trailer park I was in chemung county newyork when Acused of Braking out windows under Due processes. Case was thrown out because of 2005 or 2008 Acusiterly of Braking out windows in tioga county. After traveling to newyork from out of state.
2008 or Zoo8 Acusiterys of Braking out windows thrown out in court. Due processes Law 2013 and 2015.

November 2016 28th I was acused of arson of a hunday elantrn.

A lantra was set on fire at 26 Humiston Street candor new york 13743. While we where on the couch after getting in from florda.

Prior to this I was Acused of Paturnity of two children "Boys" at Tioga Street court in tompkins county, 14850

March of 2016 my truck was set on Fire prior to Acwsitery of assault at 5 tioga Street spencer new york 14883

While on my way with Chuck Melrres to Kessens Farm to weld my frame.

2016

After Acusitery of assault Pulice of tioga county sheriffs transport me to tompkins county newyork I thacn city eolice that dont want to file charges because order of prutecton was elegaly issued, truck was Stolen from me and tioga county sheriffs owe me a truck, for elegal search and seshure of truck and inpounded my truck That was soid at ructon.

Because of elegal arrest of me "when truck was Stolen".

And the Police didn't WANT An Arrest because of this in TOMPKINS county.

March 30th 2014 into April 1st I was assaulted by
mebDivich French, JR wright, Brown and others.
After traviling to newyork after sudated and drugged by police
officers and JR wright.

June 13th 2013 JR wright "Jayson" assaulted me and Ren away
at cwlico Jacks bar in candor. Police watched JR then gethren
my vehicle and steel my recept for two million eight hundred dollars
from my vehicle.
MArch 15th 2013 or may 15th 2013 Deposit was made.
I was held in Jail untill September 13th 2013. October report was made
to the bank that money was stolen and we did not Make the transaction.

September 11th 2013 assault was made by police officers to me after
Heiskin was let into my cell by Rwtinger co to allow fight.
Bocm county officers at tioga county Jail are Addums and Barnheart
with a Scipions patch on.
Same as officers culrent issue of lawsuit in claims court.

Protie request was made for Sandalfmen on or about June of 2013
28th to bring me five thousand dollars, from my bank account.
I made Protie requests to Sandalfmen and requested him to deposit
the money into my inmate account at tioga county Jail.
And he never did so and colaborated with JR wright to steel
money from my account at the Bank.
J.R wright also accused his girlfriend of burning his house
down in 2014. And his girlfriend worked at tioga county Jail as
a corrections officer at the time. Because Police Stole money from
my account when police watched JR wright so thrw my vehicle Jungli

JR wrights house he accused Valory Kempf of Burning down with Police, was colaborating with tioga county Police to steal my money for insurence pay out of his trailer. was on owego road and Kellos road in the town of candor newyork. Down the road from where police arrested a man that stole my truck police cite me for illegal Search and elegally arrest and illegaly issued cider of Protection Causing the arrest while I was out of State. And the sale of my truck at Auction after searching elegally Steeling from me with JR wright to conspire with Police to Blame Valory Kemp because we had both been in community Service in 2000 and 1999.

So that Police could cut times with a investigation when they found out Police workers with JR wright in tioga county nb where involved with steeling and laundering money and information of reported fraud.

And Police of Broom county Jail working at tioga county Jail on September 11th 2013 after JR wright Stole from my car Police watched at chilico Jacks June 13th 2013 Assaulted me after a fight with Hesskin "inmate" at tioga county Jail.

Police Addams, Barnheart with Jargents patches on where assaulting officers that drug me down a flight of stairs at tioga county Jails D Block.

while a Dave cobb-Wilson was in Broom county Jail using information Police connected to me threw laundering.

Dave cobb-wilson and I where having coffee together at the time of his accusation.

TO  JOHN M.K DOMURAD COURT CLERK  5-19-2022
JAMES M. HANLEY FEDERAL BUILDING
P.O BOX 7367  100 SOUTH CLINTON STREET
SEYRACUSE NEWYORK 13261 7367

I TOMAS Shay "THOMAS KURTZ"
AM  ALSO REQUESTING THAT DEFENDENT
ON LAWSUIT, SENT TO THE COURT BY ME BE,
BE ADDED BY THE NAME OF  HOFFMAN OF
THE BROOM COUNTY HEALTH DEPARTMENT THAT
CONTRACTS EMPLOYMENT WITH BROOM COUNTY
JAIL. ON SAME LAWSUIT NOT SEPRIT LAWSUIT.
ALSO SAME DEPARTMENT WAS NAMED IN
TOMAS Shay LAWSUIT I CONSTRUCTED And
lodged IN COURT OF CLAIMS.

FROM: TOMAS SHay "THOMAS KURTZ" SSSB16
CENTRLE NEW YORK PHYCTATRI CENTER
P.O BOX 300.
MARCY NEW YORK 13405

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
MAY 1 8 2022
AT____ O'CLOCK ____
John M. Domurad, Clerk - Syracuse

Sence today WE ARE TALKING ABOUT COMPITINCY
AND MEDICATION FOR YOUR PRACTIC OF
MEDICATION,
ONE
THEY'RE IS SLEEPING MEDICATION THAT IS A RED
PILL FOR THAT I WAS NOT GIVEN A NAME FOR.
AITHOUGH WHY HAVE YOU NOT DISCUSSED OR
ASKED IF AMBEAN OR ADDAVAN IS A PROPER
DUEL DIAGNOSED PRESCRIPTION MEDICATION FOR
THE DISORDER?
ADDIVAN IS FOR BOTH A MOOD STABILIZER
AND SLEEPING DISORDER IN THE MEDICLE PRACTIC.
AND YOU HAVE AISO DIAGNOSEDED THE NAMED
NAME ON FILE AT YOUR DEPARTMENTS OF MOOD
DISORDERS SUCH AS CHEMICLE INBAICES
AFFECTING MOOD DISORDERS AND DIIUSIONS.
AISO FOR SLEEP AND DIIUSIONS DIAGNOSIS SARAQUIL
CAN AISO BE DIAGNOSED AND PROSCRIBED FOR
THESE DISORDERS.
ARE YOU NOT PROSCRIBING THESE MEDICATIONS
BECAUSE OF FRAUD ON INSURENCE THAT
NAMED NAME ON YOUR RECORDS HAS GONE THREW
AND THIS WILL CAUSE A INDEPTH INVESTIGATION
NOT ONLY INTO YOUR DEPARTMENT AITHOUGH DEPARTMENT
WORKERS AS WELL. MOREAN AND MARDYUM.



ITH DEPARTMENT OF HEALTH WORKER
FFMEN - OR HOFFMAN OF BROOM COUNTY
EPARTMENT OF HEALTH HELPING DRUG FOOD WITH
ORRECTIONS WORKER TINKER THAT ALSO STOLE
FROM INMATES FOR MEDICLE DEPARTMENT IN
BROOM COUNTY JAIL HIPHA BLOCK.

ALSO THESE ACTIONS CAN CAUSE SCITSOPHRANIA
AND PAR JNUED SCITSOPHRANIA THAT ALSO
REQUIRES MEDICATION THAT NOT ONLY IS NOT BEING
TREATED NOT PRESCRIBING PROPER MEDICATION FOR
THAT DISORDER. THAT I HAD MEDICLE MARIJUANA
PRESCRIBED FOR THIS DISORDER IN THE PAST
OUT OF SANAMONICA CALIFORNIA.
AND GODOW CAN BE PROSCRIBED FOR THIS
DISORDER CAUSED BY POLICE AND NAMED HEBITH
DEPARTMENTS CONTRACTING WITH BROOM
COUNTY JAIL.

- Miranda Lambert song
- or something like this -

> the way I'm feelin
> there ain't no ~~telling~~ sayin
> where this is gunna go
> there ain't no tellin
> where to start healing
> ~~and~~ and where to go

Kayla Rellya's "Jessica Alpperta" was termenting her with the song while drugging her feed with H.G.H causing emoticnle torment further than a song, and also with Estrogen from day to day. She'd also use Ecstacy and "Nelly" to make her look happy the next ~~day~~ day so that when people saw her out at the club or at work "where there Departments will look for expert witnesses witnesses of her peers then they could textify to their belief that she was mentley ill and had had mood swings.

Not knowing the her girlfriend was drugging her food and DRINK TO cause these moodswinge Jessica had gotten these ideas from Police \correctons officers that use to come home bragging at Jewell and Mountainview trailer packs that worked at current and old Jails of Broom Tioga and Tompkins county N.Y. Some still work at the new Jails.

These departments will also rent radio time to later minipulate and ~~gamblel~~ Bet on outcomes of her action

after hearing that song or Artist while at the house with me or in the truck with me.

And they'd use HAM RADIO or company radio to communicate and place bets to gamble on Her action with other people.

They Later gambled and bet on her pears actions in court when she asked for a tryle and her medic well being was discussed because of the moodswings from dripping food and drink and and doctors later made desisions on those statements in court as well as her concerns that where mostly from eresying obtained information from her Personle recryngs. That her loved one Jessica had access to that was given to police from Jessica. with elegal search of belongings without worents from Judges or orders to Produce warents given to Police.

KAYLA IS ALSO BEING TARGETED BECAUSE of HER FRIENDSHIP TO ME AFTER I SUED THE WORKERS OF THE JAILS IN 1995 ALONG WITH THE MEDICLE DEPARTMENT.
WE HAD WHENT TO MOUNT RUSHMORE TOGETHER IN THE YEAR 2000.
WE HAD WHENT TO YOSEMITY IN 1995-2000 AND OTHER PARKS WHEN POLICE AN STATE DEPT. MENTS TARGETED US ME AND MIKE RONFEEN AND JESSY STANLY IN 1998 threw 2000 AND RUBY Schumacher.

WHEN MY IDENTIFICATION WAS LAUNDERED
BY POLICE AND INSURENCE COMPANYS WHEN
I AND OTHERS NAMED WHERE IN FACT TARGETED
POLICE USED EDEN PRESS OF FOUNTAIN
VALLEY CALIFORNIA PO BOX of 8410 TO
REQUEST NEW IDENTIFICATION AND
SCRAMBLED AII OF IDENTIFICATION TO CREAT
NEW PERSONLE IDENTIFICATION "LAUNDERING"
CAUSING SO MUCH FRAUD THAT THE SOCIAL
SECURITY DEPARTMENT HAD NO CHOICE
OTHER THAN REPLACE OUR IDENTIFICATION
IN DEPARTMENT RECORDS SOCIAI SECURITY
ADMINISTRATION.

Kaylla REIYa AISO HAD GONE THREW
THIS AS WELL AS mr i mrs ReNTEEN AND
JESSY STANIP.
AISO THEFTERS CAUSED WITH DEPATMENTS
MEDICLE IDENTIFICATION FRAUD TO
MAILE RECORDS lOoIC AS IF MEDICLE
DIAGNOSES 'ES TOOK PIACE From FRAUDSTERS
AND SCAMMERS ON OUR INFORMATION
TO LATER OR AT ANY TIME FRAME.
USING SECTION 409 and 494 of BUISNESS
AND CORPRRATIONE LAW SECTION A-C
PROXIE LAW TO INPERSONATE US BOTH AND
AII to TARGET, STEEL, GHOST AND LAUNDER,
PROPERTY AND ACCOUNTS CONNECTED TO
IDENTIFICATION WITH PROXIE LAW TO MaKE

THERE ACTIONS look LEGLE AND LIGITAMATE.
THESE TACTICS ARE TAUGHT TO SPECIAL
FORCES TO TARGET DEPARTMENTS TARGETING
THEM AND FAMILY. AT SPECIALISED CLASSES
AT BASIC SUCH AS FORT BRAGg NORTH CAROLINA

AFFADAVIT IN Support of casictor

Denise is a self relient, Respectfull and caring
to people. Not only to people she knows as well to people
She dosen't know.
She has her beliefs that she doen't push on otheres
althourh follows herself and is a had working women.
She said to otheres and myself if people need to
fined something to keep youself bussing. that people can
help work in the busines and alot of the time a hadfull
of people do just that.

This is midiorating the fact as to how caring she is
in the parygryph above.
I've known Denise most all of my life and she's always
had the same outlook poscidively on Day to Day jobs and
work.

Tomas Shay Towson

Tomas Shay Towson

X Notary
Stephanie M DePerno                5/5/22

Stephanie M DePerno
Notary Public, State of New York
Registration #01DE6379166
Qualified In Oneida County
Commission Expires Aug. 13, 2022

Affidavit in Support of Caricter          4-14-2022

Chelsey Gleason is a grate mother to her children
and is responcible at looking after them as a mother
in her motherly ductys.
She is smart and is reliable and respect full.
She has a lot of responcibilitys I believe and does not
have much time for herself although works hard a
oblightions she has at this time.
She will take on alot of respencibilitys for her
needs in her and childrens lifes and has been threw alot.
I have known the family most of my life,
her mother is my mother. ~~mother~~
She makes me coffee on her own free will every morning
that I fold my naplkin to place under my coffee cup
and add sugar and creamer to my coffee she prepared.

This little actions shows to me and make me believe
that she thinks of otheres more than herself. And
the choice in males she has around are poor although
they pray and look for some beatin person that cares
about otheres to much to use and put there hands on her.
She dose n't seek them they some how fined her.
Her love is a priceless action to have around.

Stephan M Derl
5/5/22

Tammy Gleason

Stephanie M DePerno
Notary Public, State of New York
Registration #01DE6379166
Qualified In Oneida County
Commission Expires Aug. 13, 2022

For Melissa Richardson

Melissa Richardson is a nice women with a possitive addituve to otheres.
• She was also witness to Shamon Stamer saying if she cheated on Robert again the Robert will kill her. Melissa was suposed to testify on Shamons behalf although was put into a mentle health facility in Virginia, Powhatan, for edamination.
And she "to my knoledge" was not alowed to testify.

She had alot geing on at the time and she lived at 1525 Querter road
Powhatan virginia 23139
Where I Rented a house with her and friends.
And she is a good person with a bigheart.

I also give her pamision to withdraw from my bank account at welsfargo Bank in Goochland virginia on River Road west
Goochland V.A 23063.

TÖMAS Shab Townsend
Tamer Shaw K

Stephen M DePerno 5/5/22

Stephanie M DePerno
Notary Public, State of New York,
Registration #01DE6379166
Qualified in Oneida County
Commission Expires Aug. 13. 2022

As I explained in my last phone call to Mat Brown I am and my wifes are going threw fraud and are targeted by police and departments of the state of new york.

Police of the State of new york to target marriage and documents that where requested while a corrections officer was under investigation for murder of shannen schumacher\ maden name stamer.

They have scince targeted marriage documents our person papers and property to make us look as if we are gay, sextiminels qtelling or witnesses.

To bring forth questions of if we are liceap or telling the treath and to bring forth questions or if we are witnesses to bring forth questions of if we are witnesses.

And to further make investigation involved a loters quoral and stress in marriage and relationship with more than one female.

Causing forgory and Ghosting of information and forging marriage licences for state departments violating Declaration of independence in our minisipnity marriages.

And forging marriage licincing to cover up stealing and laundering with Parole Judge cook, J.R wright and other offkeers of thier department. Causing adoption papers tobe ghosted, pircted and meached off. Stealing me and my money and women with thier departments of the state of new york.

And when they do these things make bets on the actions of me and my women and the outcomes of our actions and punish us. As explained in lawsuit papers sent to court with this letter.

Also making forged and pircted information look as if feeds Sexts crimes accure threw identification theft as said. Adoption Papers of me by townsends where forged by Parole Judge had Family of thier departments and to keep mentle health facilitys involved with

involved with state of my sick and insurance companys used to launder information and cause fraud that department investigators and use departments inployed by state to sort out and steel,

white offices and friends of offices use money and insurance to use imbezled money to quickly get rid of money and spend and spred out spending of money and imbede thrown work at corporations.

while a company makes a 30 thousand dollar treasaction, they deposit another 30 thousand of dirty money in company accounts and spend 30 thousand of clean money on jobs while depositing 30 thousand of dirty money, To clamaste accounts insured.

And use a septia partner company laundering money, And is laundered for or stolen from and laundered for to spend on company or buy clamaste assets to occompany as a payout for gambled action of a person.

To cover for fraud clams and reports company s will pick up fraud clams to sort out to get a fraud case closed and steel money with coverage from police that are looking into fraud that cover for company that are stealing

I Dentity theftter for addoption papers palate judge cock 'sneus ard causen Dawn Williams Jospeh shriner) padtiote Sargent That Killed my Foster father Rusty tunalead

They "Thier departments" keep harrassing to make people look mently ill to keep mentle medicle department inveived with records that are forged. And to make records look as if Gay relationships or erections have taken place to make their investigation look stressed on marriage to my wifes at minnisipality Building. And as stated as if sexcrimes have taken place to call a mentle health disorder is occuring.

The records they elegely obtain are from a murder investiga of officers of virginia and Joseph Kurtz "Pratt" that has worked for Joseph Shriner in Broom county Patrol and corrections, that has been irated and forged to confuse facts of my marriage to my women on newyork and entered border. After I put in a 440 motion that was accepted and a Habeus corpus in, the exposed thier police Laundering with requested judges on cases and forging in new york in 2010.

And I and my women "Wifes" have sence been tergetted with variatys of tactics not limeted to described in this letter and Lawsuit add on letter Affidavit of facts.

And to make records look as if they're not guilty of my Foster Fathers murder when a name change of my name wasThomasTownsend When in facts they are and when they're making records look as if they are not will force someone to take responcibility for his murder when evedence is presented. As a Bibilicle representation of the Book of Moses of a sacrifice of a female anantomy of Breeding age and ability.

As explained in this letter, forged addoption records with cook broke Judge's family Dawn Williams, they use forged copys of my addoption records to make Dawn look like she was addopted by a Debra shriner family to Joseph shriner of Rrocch that murdcred my Foster father that lived cn michigen hill in wilsevill new york.

Also Rusty Townsend my Foster Father is on a Federal missing persons list and Dawn Williams is on a Federal watch list for electronics called Widget.

Authorization
I 'Tomas Shay" DOCCS name Thomas Kurtz "DIN IRB2525
and C.N.Y.P.C central newyork phiciatric center #555816
request and authorize the agency heiding me in
custedy to send the clerk of the court of claims
certified copies of the correctional Facility trustfund
account statement or "institutional equivlend" for the
Past Six Months.

I ferther reqdest and autherize the agency heidingme
incustedy to deduct the filing fee from my
correctional Facility trust fund account "or the
institutional equivelent" and didisburse these amounts as
instructed by court of claims.

This autherization is given inconnectica with this
claim and shall apply to any agency into where
custedy I may be transferred to.

I understand that the entire filling fee has
redecminel by the court of claims will be paid in
instimmas by Automatic deductica from my
correctional facility trust fund account even if my case
is dismissed.